UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CESIAH GARCIA,

    Plaintiff,

v.                              Case No. 6:18-cv-00199-GAP-TBS

SMARTPAY, LLC,

    Defendant.
_____/

**JOINT STATUS REPORT**

1. The Parties, pursuant to the Court's Order referring the case to arbitration [Doc. 14], hereby submit this joint status report.

2. Plaintiff's claim in this matter has been submitted to JAMS for arbitration on April 30, 2018.

3. The Parties will continue to advise the Court regarding the status of this matter every 3 months (90) days.

Respectfully submitted, this 30th day of April, 2018.

s/ *William B. Bowles*
William B. Bowles, Jr., Esq.
Florida Bar No. 0122998
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd
Tampa, FL 33629
Tele: (813) 500-1500
Fax: (813) 435-2369
billbowles@TheConsumerProtectionFirm.com
billy@theconsumerprotectionfirm.com
*COUNSEL FOR PLAINTIFF*

*/s/Zina Gabsi*
Zina Gabsi, Esq.
Florida Bar No. 73789
200 S. Biscayne Blvd., Suite 400
Miami, FL 33131 Telephone: (786) 322-7500
Facsimile: (786) 322-7501
E-Mail: zina.gabsi@bclplaw.com
*COUNSEL FOR DEFENDANT*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 30, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                 */s/ William B. Bowles, Jr.*
                 William B. Bowles, Jr., Esq.
                 Florida Bar No. 0122998