**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CESIAH GARCIA,

    Plaintiff,

v.                                       Case No. 6:18-cv-00199-GAP-TBS

SMARTPAY, LLC,

    Defendant.
_____/

**JOINT STATUS REPORT**

    1.    The Parties, pursuant to the Court's Order referring the case to arbitration [Doc. 14], hereby submit this joint status report.

    2.    The Preliminary Arbitration Hearing was held on October 26, 2018 and the Parties are awaiting a Scheduling Order.

    3.    The Parties will continue to advise the Court regarding the status of this matter every 3 months (90) days.

    Respectfully submitted, this 30th day of October, 2018.

*/s/ Amanda J. Allen, Esq.*
**Amanda J. Allen, Esquire**
Florida Bar No. 0098228
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd
Tampa, FL 33629
Tele: (813) 500-1500
Fax: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*

*/s/ Zina Gabsi, Esq.*
**Zina Gabsi, Esquire**
Florida Bar No. 73789
BRYAN CAVE LEIGHTON PAISNER LLP
200 S. Biscayne Blvd., Suite 400
Miami, FL 33131
Tele: (786) 322-7500
Fax: (786) 322-7501
zina.gabsi@bclplaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Amanda J. Allen*
**Amanda J. Allen**
