**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CESIAH GARCIA,**

    **Plaintiff,**

v.

    **CASE NO.: 6:18-cv-00199-GAP-TBS**

**SMARTPAY, LLC,**

    **Defendant.**

---

## NOTICE OF PENDING SETTLEMENT

Plaintiff**,** CESIAH GARCIA by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, CESIAH GARCIA, and Defendant, SMARTPAY, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

*/s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esq**.
Florida Bar No.: 98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on December 17, 2018, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                */s/Amanda J. Allen, Esq.*
                **Amanda J. Allen, Esq.**
                Florida Bar No.: 98228
                THE CONSUMER PROTECTION FIRM, PLLC
                4030 Henderson Blvd.
                Tampa, FL 33629
                Telephone: (813) 500-1500
                Facsimile: (813) 435-2369
                Amanda@TheConsumerProtectionFirm.com
                Shenia@TheConsumerProtectionFirm.com
                *Attorney for Plaintiff*